

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:23-cr-____15____ |
| v. | ) | |
| | ) | Judge McDonough/Lee |
| JERRY MICHAEL BEAMAN | ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that on or about January 22, 2022, in the Eastern District of Tennessee, the defendant, JERRY MICHAEL BEAMAN, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, and the firearm and ammunition were shipped and transported in and affected interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

The Grand Jury further charges that on or about January 22, 2022, in the Eastern District of Tennessee, the defendant, JERRY MICHAEL BEAMAN, did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section

853, Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 922 as set forth in Count One of this Indictment, the defendant shall forfeit to the United States any and all firearms and ammunition involved in the commission of the offense, including, but not limited to the following:

(a) Rossi, Model 462, .38 Special revolver; and

(b) Ammunition.

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841, as set forth in Count Two of this Indictment, the defendant, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense including, but not limited to, the following:

(a) Rossi, Model 462, .38 Special revolver; and

(b) Ammunition.

If any of the property described above, as a result of any act or omission of the defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without

2

difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL.

FRANCIS M. HAMILTON III
United States Attorney

By: _____

Tammy O. Combs
Assistant United States Attorney

3